by Defendant Progressive Northern Insurance for the first time on appeal, we conclude that such claim is procedurally defaulted and deny relief. *Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993); *Nat'l Wildlife Fed. v. Hanson*, 859 F.2d 313, 318 (4th Cir.1988).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

review of the district court docket sheet reveals that the district court found that his notice of appeal was timely filed and directed the Clerk to process the notice in the usual manner. In view of this order by the district court, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re: Nyron Joel NICHOLS,
Petitioner.**

No. 09–2058.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

Nyron Joel Nichols, Petitioner Pro Se.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nyron Joel Nichols petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his notice of appeal. He seeks an order from this court directing the district court to act. Our

**Toni CLARK, Plaintiff—Appellant,**

v.

**NATIONAL CREDIT UNION
ADMINISTRATION, De-
fendant—Appellee.**

No. 09–2059.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

Toni Clark, Appellant Pro Se. Bernard G. Kim, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.